FILED
APR 0 4 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. 1:23CR00048 SNLJ-ACL |
| | ) | |
| ADAM D. GAMBLING, | ) | |
| | ) 18 U.S.C. § 1855 |
| Defendant. | ) | |

## INDICTMENT

### Count I

THE GRAND JURY CHARGES THAT:

On or about October 24, 2022, in Butler County, within the Southeastern Division of the Eastern District of Missouri,

**ADAM D. GAMBLING,**

the defendant herein, willfully and without authority set on fire any timber, underbrush, or grass or other inflammable material upon the public domain or upon any lands owned by the United States, in violation of Title 18, United States Code, Section 1855.

### Count II

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 8, 2022, in Butler County, within the Southeastern Division of the Eastern District of Missouri,

**ADAM D. GAMBLING,**

the defendant herein, willfully and without authority set on fire any timber, underbrush, or grass or other inflammable material upon the public domain or upon any lands owned by the United States, in violation of Title 18, United States Code, Section 1855.

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
UNITED STATES ATTORNEY

_____
CHRISTOPHER C. SHELTON, #71169MO
ASSISTANT UNITED STATES ATTORNEY